No. 1143. CARLE & MONTANARI, INC. *v.* JOHN W. MCGRATH CORP. ET AL. C. A. 2d Cir. Certiorari denied. *F. Herbert Prem* for petitioner. *James M. Leonard* and *Martin J. McHugh* for John W. McGrath Corp., and *M. E. De Orchis* for American Export Isbrandtsen Lines, Inc., respondents.

No. 1139. GLADDEN *v.* P. HENDERSON & CO. ET AL. C. A. 3d Cir. Certiorari denied. *Abraham E. Freedman* and *Avram G. Adler* for petitioner. *Timothy J. Mahoney* and *Thomas E. Byrne, Jr.,* for respondents.

No. 1155. STATE STREET BANK & TRUST CO. *v.* BANCO ESPANOL DE CREDITO. C. A. 1st Cir. Certiorari denied. *John M. Hall* and *Charles F. Choate* for petitioner. *Charles C. Cabot* for respondent.

No. 1158. LOUISVILLE CHAIR CO., INC. *v.* NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 6th Cir. Certiorari denied. *Stuart Rothman* for petitioner. *Solicitor General Griswold, Arnold Ordman, Dominick L. Manoli* and *Norton J. Come* for respondents.

No. 1167. LION DRY GOODS, INC. *v.* RETAIL STORE EMPLOYEES UNION, LOCAL 954, ET AL. C. A. 6th Cir. Certiorari denied. *Merritt W. Green* for petitioner. *Joseph E. Finley* for respondents.

No. 1052. BOEHME *v.* WASHINGTON. Sup. Ct. Wash. Certiorari denied. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this petition. *Frank August Peters* for petitioner. *Joseph D. Mladinov* for respondent.